**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER TO REINSTATE

Appellate case name:   Bernice Yost Special Conservator for Georgia Cox v. James Fails

Appellate case number:   01-15-00773-CV

Trial court case number:   412,338

Trial court:   Probate Court No. 3 of Harris County

  The supplemental clerk's record that complies with our Order of Abatement has been filed with the Clerk of this Court.  Therefore, we order the appeal **reinstated**.

  It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
      Acting individually

Date:  November 8, 2016